UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :
                                  :
                                  :    **ORDER**
         - v -                    :
                                  :    **16-CR-270 (ARR)**
GEORGE LEVY,                      :
                                  :
                  Defendant.      :
----------------------------------X

ALLYNE R. ROSS, D.J.:

     It is hereby ORDERED that Binghamton General Hospital is

DIRECTED to release the medical records of GEORGE LEVY, DOB

11/30/82, from January 1, 2015 to March 1, 2015, to Mr.

Levy's counsel by no later than 5:00 P.M. on Monday, May 4,

2020.

Dated:  Brooklyn, New York
        May 2, 2020

                              **SO ORDERED:**

                              /s/
                              _____
                              HONORABLE ALLYNE R. ROSS
                              UNITED STATES DISTRICT JUDGE