AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GEORGE LEVY ) | Case No. 16-CR-270 (ARR) |
| _____ ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  UHS Binghamton General Hospital (BGH)
10-42 Mitchell Avenue
Binghamton, NY 13903

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Please email the requested medical records. In-person service is not required. | Courtroom No.: | 8C-South |
|---|---|---|---|
| | | Date and Time: | 05/04/2020 5:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Any and all medical records from January 1, 2015 until March 1, 2015, including, but not limited to, emergency treatment records, patient histories, office notes, psychological and psychiatric records, diagnoses, prognoses, test results, referrals, consults, alcohol and/or drug treatment information, mental health information, evaluations, treatment, prescriptions, surgery records, psychotherapy notes, and notations of visits, and any other records regarding GEORGE LEVY, DOB 11/30/1982.

(SEAL)

Date: May 2, 2020

SO ORDERED:
/s/
HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

*CLERK OF COURT*

AUGUST MARZILIANO, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

Mia Eisner-Grynberg, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1257
(718) 855-0760 (FAX)
Mia_Eisner-Grynberg@fd.org

Please email the requested records to Mia_Eisner-Grynberg@fd.org

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   16-CR-270 (ARR)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                             _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc: